DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

9 JUNE 2016

| | | | |
|---|---|---|---|
| 087A16 | In the Matter of Mary Lucille Hughes, by and through Virginia Hughes Ingram, Administratrix of the Estate of Mary Lucille Hughes, Claim for Compensation Under the North Carolina Eugenics Asexualization and Sterilization Compensation Program | 1. Claimant's Notice of Appeal Based Upon a Dissent (COA15-699)<br><br>2. Claimant's PDR as to Additional Issues<br><br>3. Claimant's Motion to Consolidate Appeals<br><br>4. State's Notice of Appeal Based Upon a Dissent<br><br>5. State's PDR as to Additional Issues ·<br><br>6. State's Motion to Consolidate Appeals | 1. —<br><br>2. Denied<br><br>3. Allowed<br><br>4. —<br><br>5. Allowed<br><br>6. Allowed |
| 088A16 | In the Matter of Tommie Junior Smith, Claim for Compensation Under the North Carolina Eugenics Asexualization and Sterilization Compensation Program | 1. Claimant's Notice of Appeal Based Upon a Dissent (COA15-829)<br><br>2. Claimant's PDR as to Additional Issues<br><br>3. Claimant's Motion to Consolidate Appeals<br><br>4. State's Notice of Appeal Based Upon a Dissent<br><br>5. State's PDR as to Additional Issues<br><br>6. State's Motion to Consolidate Appeals | 1. —<br><br>2. Denied<br><br>3. Allowed<br><br>4. —<br><br>5. Allowed<br><br>6. Allowed |
| 089P16 | Dora P. Bullock v. Adam Hopler, Hopler & Wilms, LLP | 1. Plt's *Pro Se* Notice of Appeal Based Upon a Constitutional Question (COA15-537)<br><br>2. Plt's *Pro Se* PDR Under N.C.G.S. § 7A-31 | 1. Dismissed *ex mero motu*<br><br>2. Denied |
| 090A16 | Victor Howard v. Patricia E. Chambers; Mattocks Enterprises, Inc.; Steve N. Mattocks, Individually; Jason L. Panciera, Individually; and Cawthorne, Moss & Panciera, P.C. | Plt's *Pro Se* Notice of Appeal Based Upon a Constitutional Question (COA15-590) | Dismissed *ex mero motu* |
| 091P16 | Robert Andrew Bartlett, Sr. v. David Barber | 1. Plt's *Pro Se* Motion to Proceed *In Forma Pauperis* (COA15-72)<br><br>2. Plt's *Pro Se* Motion to Appoint Counsel | 1. Dismissed<br><br>2. Dismissed |